IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERKELEY*IEOR D/B/A B*IEOR,<br><br>  Plaintiff,<br><br>  v.<br><br>W.W. GRAINGER INC. AND<br>TERADATA OPERATIONS, INC.,<br> DHL EXPRESS (USA), INC., and<br> DEUTSCHE POST AG d/b/a DHL Global<br> Forwarding,<br><br>  Defendants. | CASE NO. 1:17-cv-07472<br><br>JUDGE AMY J. ST. EVE |

## UNOPPOSED MOTION TO EXTEND DEADLINE

Defendants Teradata Operations, Inc. ("Teradata") and W.W. Grainger Inc. ("Grainger") respectfully move this Court to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint. In support, the parties state as follows:

1. Plaintiff filed an amended complaint on February 12, 2018. That complaint added two additional defendants, DHL Express (USA), INC., and Deutsche Post AG (the "DHL Entities"). [Dkt. 23]. Those entities have not yet been served and are also customers of Plaintiff Teradata Operations, Inc.

2. Because the DHL Entities have not yet been served, the deadline for them to answer or otherwise respond remains unknown. In the interim, however, Defendants Teradata and Grainger must answer or otherwise respond on or before February 26, 2018.

3. Lead counsel for Defendants Teradata and Grainger, however, is out of the country on a family vacation from February 18-25, 2018. In addition, Defendants need some time to assess the amended complaint to determine the proper response.

4. Accordingly, Defendants Teradata and Grainger request a short extension of the time for their answer or response.

5. Specifically, Defendants seek up to and through March 7, 2018, to answer or otherwise respond to Plaintiff's amended complaint.

6. This is Defendants first request for an extension of time with respect to the amended complaint and Defendants do not seek this relief to delay or for other tactical purposes.

7. Defendants have consulted with Plaintiff's counsel and Plaintiff does not oppose this Motion.

As such, Defendants Teradata and Grainger respectfully move this Court for an order permitting Defendants Teradata and Grainger to answer or otherwise respond on or before March 7, 2018.

Dated: February 16, 2018                Respectfully submitted,

                                                            /s/ Zaiba Baig
Kalpesh K. Shah
Zaiba Baig
Trevor Illes
**Benesch, Friedlander, Coplan & Aronoff LLP**
333 W. Wacker Dr.
Suite 1900
Chicago, IL 60606
312.212.4949
kshah@beneschlaw.com
zbaig@beneschlaw.com
tilles@beneschlaw.com

*Attorney for Defendant Teradata Operations, Inc. and W.W. Grainger Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2018, I caused the foregoing *Motion to Extend* to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                                        */s/ Zaiba Baig*
                                                 *One of the attorneys for Defendants*