IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERKELEY*IEOR d/b/a B*IEOR, a Nevada Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TERADATA OPERATIONS, INC., W.W. GRAINGER, INC., DHL EXPRESS (USA), INC., and DEUTSCHE POST AG d/b/a DHL Global Forwarding,<br><br>    Defendants, | Case No. 17-cv-07472<br><br>Judge Amy St. Eve<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

For its Unopposed Motion to Withdraw as Counsel, Plaintiff states:

1.    Plaintiff is presently represented in this matter on record by William Cory Spence, Jason Wejnert and Jacob Graham of SpencePC.

2.    Jacob Graham will be leaving SpencePC this month.

3.    Counsel from SpencePC will continue to represent Plaintiff in this matter with Jason Wejnert as lead counsel. Therefore, Plaintiff will not be adversely affected by granting the relief requested in this motion.

4.    Counsel for Defendant has represented it will not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order withdrawing the appearance of Jacob Graham as counsel of record for the Plaintiff.

Dated: April 13, 2018 	Respectfully submitted,

    */s/ Jason Wejnert*
    William Cory Spence
    Jason Wejnert
    SpencePC
    515 N State St., Ste. 1801
    Chicago, IL 60654
    312-404-8882
    William.Spence@spencepc.com
    Jason.wejnert@spencepc.com
    *Counsel for Plaintiff*
    *BERKELEY\*IEOR d/b/a B\*IEOR*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

/s/ Jason Wejnert