IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERKELEY*IEOR , <br><br> Plaintiff(s), <br><br> v. <br><br> Teradata Operations, Inc et al., <br><br> Defendant(s). | Case No. 17 C 7472 <br> Judge Amy J. St. Eve |

### ORDER

Unopposed motion for leave to withdraw as counsel [47] is granted. Jacob Graham is given leave to withdraw as counsel for plaintiff. No appearance is required on the 4/19/18 notice of motion date.

Date: 4/16/2018

Amy J. St. Eve
United States District Judge