IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERKELEY*IEOR d/b/a B*IEOR, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TERADATA OPERATION INC.,<br><br>Defendant. | Case No.: 1:17-cv-07472<br><br>**Honorable Charles P. Kocoras** |

### PLAINTIFF BERKELEY*IEOR'S MOTION FOR AN ORDER IMPOSING SANCTIONS ON DEFENDANT TERADATA OPERATIONS, INC.

Plaintiff, Berkeley*IEOR d/b/a B*IEOR ("Berkeley" or "Plaintiff"), by and through undersigned counsel, move this Honorable Court for an Order Imposing Sanctions on Defendant Teradata Operations, Inc.'s ("Teradata" or "Defendant") for its failure to designate document production in good faith pursuant to Local Patent Rule 1.4 and Federal Rule of Civil Procedure 37(b)(2). The grounds for this Motion are set forth in Berkeley's Memorandum in Support of Motion for Sanctions (the "Memorandum"), filed contemporaneously herewith.

Dated: May 13, 2021
Respectfully submitted,

/s/ *William Cory Spence*
William Cory Spence
Matthew Wilkerson
Anthony Wenn
SpencePC
515 N. State St., 14th Floor
Chicago, Illinois 60654
312-404-8882

*ATTORNEYS FOR PLAINTIFF*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

/s/ *William Cory Spence*
William Cory Spence