UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Berkeley*IEOR

        Plaintiff,

v.                   Case No.: 1:17−cv−07472
                  Honorable Charles P. Kocoras

Danzas Corporation, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 20, 2021:

  MINUTE entry before the Honorable Jeffrey Cole: For the reasons set forth in the accompanying Memorandum Opinion and Order, Teradata's motion for a protective order [180] is denied, Berkeley's motion for sanctions [182] and Berkeley 9;s Supplement in Support of Motion for Leave to File Response [184] are denied. Motions ## [172], [174], [176] will remain under advisement as the parties work in "good faith" toward their resolution as the Local Rules envision and require. ENTER MEMORANDUM OPINION AND ORDER. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.