**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BERKELEY*IEOR D/B/A BERKELEY, | |
| Plaintiff, | |
| vs. | CASE NO. 1:17-cv-07472 |
| TERADATA OPERATIONS, INC., | JUDGE CHARLES P. KOCORAS |
| Defendant. | |

**DEFENDANT TERADATA'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE OPPOSITION IN EXCESS OF PAGE LIMIT**

Defendant Teradata Operations, Inc. ("Teradata") respectfully moves, pursuant to Local Rule 7.1, for leave to file an opposition in excess of the 15-page limit for Teradata's Opposition to Plaintiff's Motion for Summary Judgment on the patentable subject matter of the patents in suit (Dkt. 294). In support of this motion, Teradata states as follows:

1.      On July 26, 2022, Berkeley*IEOR ("Plaintiff" or "Berkeley") filed a Memorandum in Support of its Motion Summary Judgment on the patentable subject matter of the claims of the patents in suit.

2.      In addition to addressing Plaintiff's argument on the merits, Teradata must also address several procedural and timing issues regarding Plaintiff's Motion for Summary Judgment.

3.      Therefore, in order to fully respond to Plaintiff's Memorandum in Support of Motion for Summary Judgment, Teradata requests leave to file an Opposition that exceeds the 15-page limit of Local Rule 7.1.

4.      On August 31, 2022, the Berkeley's counsel agreed to Teradata's request for additional pages.

5.      Teradata's response and opposition will be as concise as possible.

1

6.      Teradata believes that 18 pages would allow for a full and fair presentation of its arguments in their Opposition to Plaintiff's Memorandum in Support of Motion for Summary Judgment.

WHEREFORE, Teradata respectfully requests that this Court enter an Order granting Teradata leave to file an opposition in excess of the 15-page limit for Teradata's Opposition to Plaintiff's Motion for Summary Judgment.

Dated: August 31, 2022

Respectfully submitted,

By: /s/ *Theresa Starck*
    Kal K. Shah
    Zaiba Baig
    Theresa Starck
    BENESCH, FRIEDLANDER, COPLAN &
    ARONOFF LLP
    71 South Wacker Drive, Suite 1600
    Chicago, Illinois 60606
    Telephone: 312.212.4949
    Facsimile: 312.767.9192
    kshah@beneschlaw.com
    zbaig@beneschlaw.com
    tstarck@beneschlaw.com

    *Attorneys for the Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

A true and correct copy of the foregoing Unopposed Motion for Leave to File Opposition in Excess of Page Limit was sent through the U.S. District Court's CM/ECF electronic filing system on August 31, 2022.

_/s/ Theresa Starck_
Theresa L. Starck