IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERKELEY*IEOR d/b/a B*IEOR, a Nevada Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TERADATA OPERATIONS, INC.,<br><br>    Defendant. | Case No. 17-cv-07472<br><br>Judge Charles P. Kocoras<br>Magistrate Judge Jefferey Cole |

### DEFENDANT TERADATA'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendant Teradata Operations, Inc. ("Teradata"), pursuant to Local Rule 26.2, by and through its undersigned counsel, respectfully move this Court for leave to file under seal certain exhibits to Teradata's Reply in Support of its Motion for Summary Judgment ("Teradata's Reply"). In support of this motion, Teradata hereby states as follows:

1.      Teradata's Reply and Teradata's Response to Plaintiff's Affirmative Statement of Facts (Dkt. 373) contain information and statements that have been designated as "Attorney Eyes Only – Highly Confidential," "Highly Confidential Source Code," "Confidential – Outside Attorneys' Eyes Only" and "Highly Confidential" by Plaintiff Berkeley*IEOR d/b/a B*IEOR and Teradata, pursuant to the terms of the Protective Order entered in this matter.

2.      Accordingly, pursuant to Local Rule 26.2, Teradata requests leave to file Teradata's Reply and Teradata's Response to Plaintiff's Affirmative Statement of Facts under seal.

1

WHEREFORE, Teradata respectfully requests that this Honorable Court grant leave for Teradata to file its Teradata's Reply and Teradata's Response to Plaintiff's Affirmative Statement of Facts under seal.

Dated: July 21, 2023

Respectfully Submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Kal K. Shah*
Kal K. Shah
Simeon Papacostas
Theresa Starck
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192
kshah@beneschlaw.com
spapacostas@beneschlaw.com
tstarck@beneschlaw.com

Charanjit Brahma (admitted *pro hac vice*)
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
cbrahma@beneschlaw.com

*Attorneys for Defendant Teradata Operations, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kal K. Shah*
Kal K. Shah

*Attorney for Defendant Teradata Operations, Inc.*
