IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERKELEY*IEOR d/b/a B*IEOR, a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TERADATA OPERATIONS, INC.,<br><br>　　　　　Defendant. | Case No. 17-cv-07472<br><br>Judge Charles P. Kocoras<br>Magistrate Judge Jefferey Cole |

NOTICE OF PRESENTMENT OF DEFENDANT TERADATA'S
MOTION TO FILE DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that on August 3, 2023, at 9:30 a.m., counsel for Defendant, Teradata Operations, Inc. ("Teradata"), shall appear before the Honorable Charles P. Kocoras in Courtroom 2325, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present its Motion to File Under Seal Defendant's Reply in Support of its Motion for Summary Judgment and its Response to Plaintiff's Affirmative Statement of Facts, a copy of which has been filed and served on Plaintiff, Berkeley*IEOR d/b/a B*IEOR on July 21, 2023.

Dated: July 21, 2023

Respectfully Submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Kal K. Shah*
Kal K. Shah
Simeon Papacostas
Theresa Starck
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192
kshah@beneschlaw.com
spapacostas@beneschlaw.com
tstarck@beneschlaw.com

Charanjit Brahma (admitted *pro hac vice*)
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
cbrahma@beneschlaw.com

*Attorneys for Defendant Teradata Operations, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

                                     */s/ Kal K. Shah*
                                     Kal K. Shah

                                     *Attorney for Defendant Teradata Operations, Inc.*